IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LYDIA E. MARCANO DE JESUS on behalf of her daughter C.A.M.<br><br>Plaintiff<br><br>v.<br><br>PPR JUNCOS LLC; ME SALVE, INC.; LCPZ (PUERTO RICO), INC.; NEW YORK DEPARTMENT STORES DE PUERTO RICO, INC.; SALLY BEAUTY DE PUERTO RICO,INC.<br><br>Defendants | CIVIL NO. |

**NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

COMES NOW co-defendant **PPR JUNCOS LLC** (hereinafter "**Juncos Plaza**"), through its undersigned counsel, and respectfully states and prays:

1. On June 29, 2025, Plaintiff, **LYDIA E. MARCANO DE JESUS**, on behalf of her daughter **C.A.M.** (hereinafter "Plaintiff"), filed a civil action before the Commonwealth of Puerto Rico's Court of First Instance, Caguas Superior Court, under Civil No. **JU2025CV00181** against the above-captioned co-defendants.

2. On July 15, 2025, the appearing co-defendant was served with process. Both the Complaint and summons are included with

this notice and identified as Exhibits 1 and 2.

3. As outlined in the Complaint, the Plaintiff alleges that Defendants violated Title III of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §12181 et seq., by failing to comply with applicable accessibility standards. These alleged violations pertain to the appearing co-defendant as well as other co-defendants who are tenants of the Juncos Plaza Shopping Center.

4. Because this is a civil action arising under the Constitution and laws of the United States, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which grants the United States District Courts original jurisdiction over all civil actions that present a federal question.

5. Accordingly, this case is removable to this Court under 28 U.S.C. §1441(a) which provides that "*any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.*"

6. As required by 28 U.S.C. § 1446, Juncos Plaza includes with this notice a copy of all process, pleadings, and orders served on the appearing party to date:

(A) Complaint (Exhibit 1).

(B) Service of process of Summons   (Exhibit 2).

7. As these exhibits are in the Spanish language, on this same date, the appearing party will file a motion requesting leave to submit Spanish-language documents pending the filing of certified English translations.

8. The appearing co-defendant has communicated with co-defendants, Me Salvé and Sally Beauty, regarding the removal of this action. Neither has expressed any formal objection to removal. Co-defendants NY Department Stores and LCPZ have not appeared in the state court proceedings, and despite reasonable efforts, the appearing party has been unable to establish contact with them. This Notice of Removal is made in good faith, with the understanding, based on the absence of formal objections, that all co-defendants support the removal of this case to federal jurisdiction.

9. Pursuant to 28 U.S.C. § 1446(d), upon filing of this Notice of Removal, Juncos Plaza will file a copy with the Commonwealth of Puerto Rico's Court of First Instance, Caguas Superior Court, and will further serve a copy upon Plaintiff.

10. Removal of this action does not constitute a waiver of any defenses available to Juncos Plaza, nor does it represent an admission of any of the allegations set forth in Plaintiff's Complaint.

WHEREFORE, Juncos Plaza respectfully prays that this Honorable Court take notice of the removal of Civil No.

JU2025CV00181, order the case to proceed in this Court, and assign the appropriate docket number.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

In San Juan, Puerto Rico, this 15th day of August 2025.

*/S/ ALONDRA FRAGA MELENDEZ*
USDC-PR 22220
P.O. Box 29074
San Juan, P.R. 00929-0074
Tel. (787) 528-3854
E-mail: fragamelendez@gmail.com